# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140371(54)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

DAVID RAY SMITH,
　　　　Defendant-Appellee.
_____

SC: 140371
COA: 286479
Jackson CC: 07-004218-FH

On order of the Chief Justice, the motion by *amicus curiae* Criminal Defense Attorneys of Michigan for leave to participate in oral argument is considered and it is GRANTED. *Amicus curiae* Criminal Defense Attorneys of Michigan may use 10 minutes of the oral argument time allotted to defendant-appellee.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____　　_____
　　　　　　　　　　　　　　　　Clerk